No. 652. CLEO SYRUP CORP. *v.* COCA-COLA COMPANY. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr.*

*Ralph Kalish* for petitioner. *Messrs. Samuel W. Fordyce, John A. Sibley,* and *Edwin W. Canada* for respondent.